IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR DESOTO COUNTY, FLORIDA

CASE NO.: 2022-CA-000541

KINGSEAL, LLC, d/b/a DESOTO HEALTH AND REHAB, a Florida limited liability company,

        Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY,
a foreign corporation

        Defendant.

_____/

## FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, KINGSEAL, LLC d/b/a DESOTO HEALTH AND REHAB ("Kingseal"), a Florida limited liability company, by counsel, hereby files its First Amended Civil Complaint and Demand for Jury Trial against Defendant, ARCH SPECIALITY INSURANCE COMPANY ("Arch"), a foreign corporation, and in support thereof alleges as follows:

    1.    This is an action for breach of contract and for damages in excess of $50,000.00, exclusive of interest, costs, attorney's fees, and is otherwise within the jurisdiction of this Court.

    2.    Kingseal is a Florida limited liability company, which owns and operates a licensed nursing home located at 475 Nursing Home Drive, Arcadia, Florida 34266, DeSoto County (the "Building").

    3.    Arch is a foreign corporation which is duly authorized to conduct business in Florida.

    4.    Venue and jurisdiction are proper in DeSoto County, Florida because the causes of action accrued therein, the payment of the insurance proceeds to Kingseal were to be made in

DeSoto County, Florida and the property which is the subject of this lawsuit is located in DeSoto County, Florida.

5. Venue and jurisdiction are also proper in DeSoto County pursuant to the "Service of Suit" endorsement of the commercial property policy (Policy number ESP 7302795-01), which Arch issued to Kingseal on February 26, 2017 (the "Policy"). A true and correct copy of the Policy is attached hereto as **Exhibit "A."**

6. All conditions precedent to the institution of this action have been waived, excused, or otherwise performed.

7. At all times material to this Complaint, Kingseal operated the nursing home under the name "DeSoto Health and Rehab" in accordance with Florida law.

8. In order to maintain its licensure and operate in accordance with Florida law, DeSoto Health and Rehab's facilities must be approved by and conform to the requirements of the Agency for Health Care Administration ("AHCA"), the Florida Building Code ("FBC") and the DeSoto County, Florida Code of Ordinances.

9. AHCA's standards for nursing home facilities are codified in Section 59A-4.133 of the Florida Administrative Code.

10. Pursuant to Section 59A-4.133(1)(a)-(b), all construction of new nursing homes and all additions, alterations, refurbishing, renovations to and reconstruction of existing nursing homes shall comply with the Florida Building Code and the fire codes as adopted by the State Fire Marshall.

11. On or about February 26, 2017, Arch issued the Policy to Kingseal.

12. The Policy includes an endorsement for Ordinance or Law Coverage.

13. The Policy was renewed by Kingseal on or about February 8, 2018.

14. Kingseal is a named insured under the Policy which was in full force and effect at all times material to this Complaint.

15. The Policy provides for $4,200,000.00 in real property coverage, $300,000.00 in personal property coverage, and $2,000,000.00 in business income with extra expense coverage.

16. Arch has an obligation under the Policy to pay Kingseal the increased of costs of repairs, replacements, or remodeling direct physical damage to the Building if necessary to meet the requirements of an ordinance or law.

17. Arch has an additional obligation under the Policy to pay Kingseal for the loss in value of the undamaged portion of the Building if the obligation and costs to repair, reconstruct, or remodel the undamaged portions of the Building and the costs to demolish and clear the site of undamaged parts of the damaged Building are a consequence of a requirement to comply with an ordinance or law.

18. Arch also has an obligation under the Policy to pay Kingseal's claims reflecting the loss of personal property and loss of business income sustained by Kingseal due to the necessary suspension of all or a portion of Kingseal's operations during the period of restoration.

19. A named hurricane, to wit Hurricane Irma impacted the insured property and caused severe direct damage to portions of the Building.

20. The hurricane was an event for which coverage under the Policy applies (the "Event").

21. Kingseal promptly reported to Arch the direct physical damage sustained to the Building by the Event.

22. In or about mid-October, 2017, Arch sent Building Solutions & Consulting, Inc. ("BSC") to the Building for the purpose of estimating the damage sustained to the Building.

23. On October 25, 2017, BSC estimated the repair costs for the Building amounted to $1,128,014.89.

24. However, BSC's estimate did not include the demolition, repair, replacement or remodeling costs necessary to the undamaged portion of the Building, or the increased costs to repair the damaged portion of the Building so as to comply with AHCA, FBC or DeSoto County Code.

25. On or about January 16, 2018, a representative of AHCA visited and inspected the Building following the Event. During this visit, AHCA notified Kingseal that both damaged and undamaged portions of the Building would require demolition, repairs, reconstruction and remodeling in order to bring the Building into compliance with AHCA standards, but AHCA's representative did not specify the work required.

26. Thereafter, Kingseal entered into a contract with Connor & Gaskins, a general contractor, to conduct the necessary repairs to the Building and Kingseal committed to be liable for the costs of the demolition, repairs, replacements, or remodeling necessary to meet the requirements of AHCA.

27. Kingseal incurred the loss which is the subject of this lawsuit on or after January 16, 2018, once Kingseal learned that damaged and undamaged portions of the Building would need to be demolished, repaired, reconstructed, and remodeled in order to comply with the ordinances and laws governing the Building and when Kingseal incurred the liability for the costs of compliance.

28. The losses which are the subject of this lawsuit occurred during the Policy period.

29. The losses which are the subject of this lawsuit were incurred less than five (5) years prior to the filing of the Complaint in this matter.

30. In or about May 2018, AHCA specifically identified repairs and remodeling which would need to be undertaken to the Building so as to comply with AHCA.

31. Also in May 2018, DeSoto County notified Kingseal that it would require Kingseal to replace the Building's windows, both in the damaged and in the undamaged portions of the Building, in order for the Building to comply with the DeSoto County Ordinance Code and FBC. The windows were not directly physically damaged by the Event.

32. Connor and Gaskins repaired, reconstructed and remodeled the Building, including, but not limited to: the demolition of the undamaged portion of the Building; removing the debris from the damaged portion of the Building; and, repairing, rebuilding, or reconstructing the damaged and undamaged portions of the Building to the same height, floor area, style and comparable quality of the original building insured under the Policy, all as a consequence of the requirements to comply with AHCA, DeSoto County Ordinance Code and FBC (the "Work").

33. The Work performed by Connor & Gaskins on the Building is covered by the Policy, including the "Ordinance or Law Coverage" endorsement.

34. After engaging Connor & Gaskins, and once the scope of Work was known, Kingseal provided notice to Arch of of the renovations, repairs and replacement construction items which were mandated by AHCA and by DeSoto County, Florida, so as to comply with applicable laws and ordinances, including portions of the Building which had not been directly physically damaged by the Event and the increased costs of repairing the portions of the Building which had been damaged by the Event.

35. Kingseal requested payment under the Policy for the Work required on the damaged and undamaged portions of the Building so as to comply with the applicable laws and ordinances.

36. The Work by Connor and Gaskins was completed on or about August 14, 2019, and cost Kingseal $3,711,192.81, of which Arch has only paid $1,073,529.88.

37. Kingseal had personal property damage totaling $156,466.17, of which Arch has only paid $44,000.

38. Kingseal lost business income due to the inability to use portions of the damaged and undamaged Building in the total amount of $4,423,742.11, of which Arch has only paid $1,764,025.

39. Arch breached its obligations under the Policy by failing to pay for the covered losses incurred by Kingseal on or after January 16, 2018, once Kingseal learned of the ordinance and law compliance obligations affecting the Building and incurred the liability to pay for bringing the Building into compliance with AHCA compliance obligations, the FBC and DeSoto County Ordinance Code.

40. Arch's refusal to reimburse Kingseal for covered losses and otherwise make Kingseal whole constitutes a material breach of the Policy.

41. As a result of Arch's breach of the Policy, Kingseal has been damaged.

42. Due to Arch's breach of the Policy, it became necessary for Kingseal to retain the services of the undersigned attorney. Kingseal is obligated to pay a reasonable fee to the undersigned attorney for bringing this action, plus necessary costs.

WHEREFORE, Kingseal demands judgment against Arch for damages, prejudgment interest, costs and attorneys' fees pursuant to Sections 627.428 and 626.9373, *Florida Statutes*.

**JURY DEMAND**

Kingseal further demands a trial by jury of all issues so triable as a matter of right.

DATED this 13th day of January, 2023.

        STOVASH, CASE & TINGLEY, P.A.

        By: */s/ Robert L. Case*
        Robert L. Case, Esquire
        Florida Bar Number 0152129
        rcase@sctlaw.com
        Joseph E. Somake, Esquire
        Florida Bar No. 0109271
        jsomake@sctlaw.com
        220 N. Rosalind Avenue
        The VUE at Lake Eola
        Orlando, Florida 32801
        Telephone: (407) 316-0393
        Facsimile: (407) 316-8969
        *Attorneys for Plaintiff, Kingseal, LLC d/b/a*
        *DeSoto Health and Rehab*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of January, 2023, I electronically filed a copy of the foregoing First Amended Civil Complaint and Demand for Jury Trial, which will send a notice of the electronic filing to counsel for Arch Specialty Insurance Company as follows:

**Christopher M. Ramey, Esquire**
**Justin W. Sblano, Esquire**
400 N. Ashley Drive
Suite 3200
Tampa, Florida 33602
Attorney E-mails:
cramey@butler.legal
jsblano@butler.legal
*Attorneys for Arch Specialty*
*Insurance Company*

        By: /s/ Robert L. Case
            Robert L. Case, Esquire